UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alan Kite, Susan Kite,                     Civil No. 06-3527 (RHK/AJB)

        Plaintiffs,              **DISQUALIFICATION AND
                                            ORDER FOR REASSIGNMENT**

vs.

Boehringer Ingelheim Pharmaceuticals,
Inc., Boehringer Ingelheim Corporation
USA, Pfizer, Inc., Pharmacia Corporation,
Pharmacia & Upjohn Company LLC,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 31, 2006

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge

Dockets.Justia.com